IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 17-8941-JAK-AGR |
| | ) | |
| $1,607,760.00 IN U.S. CURRENCY, ET AL. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 27, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1, which consists of a copy of the notice on the www.forfeiture.gov website, and as evidenced by Attachment 2, the Advertisement Certification Report, which documents that the notice was posted on the www.forfeiture.gov website for at least 18 hours a day for the required 30 consecutive days.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 29, 2018, at Los Angeles, CA.

_Ricardo Reyes_

Ricardo Reyes
Records Examiner

Attachment 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
# COURT CASE NUMBER: CV 17-8941; NOTICE OF FORFEITURE ACTION

Pursuant to 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

$80,000.00 U.S. Currency (17-USS-000213) which was seized from Inwook Yoo on July 20, 2017 at 1501 W. Washington Blvd., located in Los Angeles, CA

$927,760.00 U.S. Currency (17-USS-000214) which was seized from Inwook Yoo on July 20, 2017 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ located in Los Angeles, CA

(63) 1 oz. Gold Bars, (1) 5 gm. Gold Bar, and (1) 4 oz. Silver Bar (17-USS-000228) which was seized from Inwook Yoo on July 20, 2017 ▇▇▇▇▇▇▇▇▇▇ located in Los Angeles, CA

Miscellaneous Silver and Gold Coins (17-USS-000229) which was seized from Inwook Yoo on July 20, 2017 ▇▇▇▇▇▇▇▇▇▇ located in Los Angeles, CA

Two (2) 10 oz. Silver Bars (17-USS-000230) which was seized from Inwook Yoo on July 20, 2017 ▇▇▇▇▇▇▇▇▇▇ located in Los Angeles, CA



$259,723.76 in funds from Bank of America Acct. #XXXXXXXX6343 (17-USS-000231) which was seized from Inwook Yoo on July 21, 2017 at 3442 Wilshire Blvd., located in Los Angeles, CA

$242,877.66 from Bank of America Acct. #XXXXXXXX2910 (17-USS-000232) which was seized from Inwook Yoo on July 21, 2017 at 3442 Wilshire Blvd., located in Los Angeles, CA

$351,201.56 from Chase Bank Acct. #XXXXX6250 (17-USS-000233) which was seized from Inwook Yoo on July 21, 2017 at 2970 W. Olympic Blvd., located in Los Angeles, CA

$691,558.82 from Chase Bank Acct. #XXXXXX6688 (17-USS-000234) which was seized from Inwook Yoo on July 21, 2017 at 2970 W. Olympic Blvd., located in Los Angeles, CA

$300,000.00 in U.S. Currency from Bank of America Safety Deposit Box #0347-00V97425 (17-USS-000235) which was seized from Inwook Yoo on July 24, 2017 at 3442 Wilshire Blvd., located in Los Angeles, CA

(50) 1 oz. Gold Bars from Bank of America Safety Deposit Box #0347-00V97425 (17-USS-000236) which was seized from Inwook Yoo on July 24, 2017 at 3442 Wilshire Blvd., located in Los Angeles, CA

$300,000.00 in U.S. Currency from Chase Safety Deposit Box #1249 (17-USS-000237) which was seized from Inwook Yoo on July 24, 2017 at 2970 W. Olympic Blvd., located in Los Angeles, CA

$109,990.00 in U.S. Currency from Coinbase, Inc. Account #XXXXXX3122 (17-USS-000238) which was seized from Inwook Yoo on July 27, 2017 at 548

    Market Street, #23008, located in San Francisco, CA

    $212,107.46 from Chase Account #XXXXX6525, in the name of I. Nuk, Inc. (17-USS-000394) which was seized from Inwook Yoo on July 21, 2017 at 2970 W. Olympic Blvd., located in Los Angeles, CA

    $104,318.40 from J.P. Morgan Securities Account #XXXXXX0913 (17-USS-000395) which was seized from Inwook Yoo on July 21, 2017 at 2970 W. Olympic Blvd., located in Los Angeles, CA

    The custodian of the property is the United States Secret Service, located at 725 S. Figueroa Street, 13th Floor, Los Angeles, CA 90017

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (February 27, 2018) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 255 East Temple Street, Room 180, Los Angeles, CA 90012, and copies of each served upon Assistant United States Attorney Victor Rodgers, 312 N. Spring St., 14th Floor, Los Angeles, CA 90012, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Attachment 2



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between February 27, 2018 and March 28, 2018. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. $1,607,760.00 IN U.S. CURRENCY, ET AL.

**Court Case No:** CV 17-8941
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/27/2018 | 24.0 | Verified |
| 2 | 02/28/2018 | 24.0 | Verified |
| 3 | 03/01/2018 | 24.0 | Verified |
| 4 | 03/02/2018 | 24.0 | Verified |
| 5 | 03/03/2018 | 24.0 | Verified |
| 6 | 03/04/2018 | 24.0 | Verified |
| 7 | 03/05/2018 | 24.0 | Verified |
| 8 | 03/06/2018 | 23.9 | Verified |
| 9 | 03/07/2018 | 24.0 | Verified |
| 10 | 03/08/2018 | 24.0 | Verified |
| 11 | 03/09/2018 | 24.0 | Verified |
| 12 | 03/10/2018 | 24.0 | Verified |
| 13 | 03/11/2018 | 22.9 | Verified |
| 14 | 03/12/2018 | 24.0 | Verified |
| 15 | 03/13/2018 | 24.0 | Verified |
| 16 | 03/14/2018 | 24.0 | Verified |
| 17 | 03/15/2018 | 24.0 | Verified |
| 18 | 03/16/2018 | 24.0 | Verified |
| 19 | 03/17/2018 | 24.0 | Verified |
| 20 | 03/18/2018 | 24.0 | Verified |
| 21 | 03/19/2018 | 24.0 | Verified |
| 22 | 03/20/2018 | 24.0 | Verified |
| 23 | 03/21/2018 | 24.0 | Verified |
| 24 | 03/22/2018 | 24.0 | Verified |
| 25 | 03/23/2018 | 24.0 | Verified |
| 26 | 03/24/2018 | 24.0 | Verified |
| 27 | 03/25/2018 | 24.0 | Verified |
| 28 | 03/26/2018 | 24.0 | Verified |
| 29 | 03/27/2018 | 24.0 | Verified |
| 30 | 03/28/2018 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.