UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>       v.<br><br>$1,607,760.00 IN U.S. CURRENCY, $1,861,787.66 IN BANK FUNDS, APPROXIMATELY SIXTY-FOUR GOLD BARS AND THREE SILVER BARS AND MISCELLANEOUS SILVER AND GOLD COINS, APPROXIMATELY FIFTY GOLD BARS AND $109,990.00 IN FUNDS SEIZED FROM ONE COINBASE ACCOUNT,<br><br>    Defendants. | Case No. CV 17-08941-JAK(AGRx)<br><br>**CONSENT JUDGMENT OF FORFEITURE**<br><br>**JS-6** |

Pursuant to the stipulation and request of Plaintiff United States of America and potential claimants Inwook Yoo and I. Nuk, Inc. (collectively, "potential claimants Yoo and Nuk"), the Court hereby enters this Consent Judgment of Forfeiture containing the terms set forth below:

On or about December 13, 2017, Plaintiff United States of America ("the United States of America") filed a Complaint for

Forfeiture alleging that the defendants $1,607,760.00 In U.S. Currency, $1,861,787.66 In Bank Funds, Approximately Sixty-Four Gold Bars And Three Silver Bars And Miscellaneous Silver And Gold Coins, Approximately Fifty Gold Bars and $109,990.00 in Funds Seized From One Coinbase Account (collectively, the "defendants") are subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C) and 984.

No parties have appeared in this case and the time for filing claims and answers has expired.

Potential claimants Yoo and Nuk claim an interest in one or more of the defendants, and would have filed a claim thereto if this case had not been resolved by entering into this Consent Judgment of Forfeiture.

The government and potential claimants Yoo and Nuk have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C) and 984.

3. Notice of this action has been given as required by law. No appearances have been made in the litigation by any person other than potential claimants Yoo and Nuk. The Court

deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.  Potential claimants Yoo and Nuk are relieved of their obligation to file a claim and answer in this litigation.

4. The United States of America shall have judgment as to the interests of potential claimants Yoo and Nuk and all other potential claimants in the defendants.  The defendants are hereby condemned and forfeited to the United States of America, which shall dispose of the defendants in accordance with law.

5. Potential claimants Yoo and Nuk, and each of them, hereby release the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the United States Secret Service or the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims (including, without limitation any petitions for remission, which potential claimants Yoo and Nuk hereby withdraw), actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of potential claimants Yoo and Nuk, or either of them, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The Court finds that there was reasonable cause for the seizure of the defendants and institution of these proceedings.  This judgment shall be construed as a certificate

of reasonable cause pursuant to 28 U.S.C. § 2465.

7. The Court further funds that potential claimants Yoo and Nuk did not substantially prevail in this action, and the parties hereto shall bear their own attorney fees and costs.

8. The United States of America and potential claimants Yoo and Nuk consent to this judgment and waive any right to appeal.

IT IS SO ORDERED.


Dated: June 20, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE